Official Form 1 (4/07)

# United States Bankruptcy Court
## Northern District of Illinois

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>***Lowitzki, Edward R. Sr.*** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>***xxx-xx-4876*** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>***12125 Oakcrest Drive***<br>***Huntley, IL***<br>ZIP Code ***60142*** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>***Mc Henry*** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>***P. O. Box 1103***<br>***Huntley, IL***<br>ZIP Code ***60142-1103*** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☐ Full Filing Fee attached
- ■ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** *Jeffrey M. Krasner 01524909* ***

THIS SPACE IS FOR COURT USE ONLY

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Lowitzki, Edward R. Sr.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **Rockkford, Illinois** | Case Number: **9/25/2007** | Date Filed: **9/25/07** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: *- None -* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** */s/ Jeffrey M. Krasner*          **November 21, 2007** <br> Signature of Attorney for Debtor(s)        (Date) <br> **Jeffrey M. Krasner** |

| **Exhibit C** |
| --- |
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
| --- |
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
| --- |
| (Check any applicable box) |
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
| --- |
| (Check all applicable boxes) |
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ <br> (Name of landlord that obtained judgment) |
| _____ <br> (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lowitzki, Edward R. Sr.** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Edward R. Lowitzki, Sr.*
Signature of Debtor **Edward R. Lowitzki, Sr.**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**November 21, 2007**
Date

---

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney**

**X** */s/ Jeffrey M. Krasner*
Signature of Attorney for Debtor(s)

**Jeffrey M. Krasner 01524909**
Printed Name of Attorney for Debtor(s)

**KRASNER HART LAW GROUP**
Firm Name

**308 West State Street, Suite M-8**
**Rockford, IL 61101**

Address

**Email: krasnerhartlawgroup@mac.com**
**815-962-0098   Fax: 815-964-4280**
Telephone Number

**November 21, 2007**
Date

---

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Edward R. Lowitzki, Sr.**　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   */s/ Edward R. Lowitzki, Sr.*
                        *Edward R. Lowitzki, Sr.*

Date:  **November 21, 2007**

JEFFREY M. KRASNER  
KRASNER HART LAW GROUP  
308 WEST STATE STREET, SUITE M-8  
ROCKFORD, IL 61101  

ALAN H. SHIFRIN & ASSOC.  
3315 ALGONQUIN ROAD  
SUITE 202  
ROLLING MEADOWS IL 60008  

CHASE BANK USA  
C/O NAFS  
165 LAWRENCE BELL DR  
WILLIAMSVILLE NY 14231-9027  

EDWARD R. LOWITZKI, SR.  
P. O. BOX 1103  
HUNTLEY IL 60142-1103  

AMCORE BANK  
1210 S. ALPINE ROAD  
ROCKFORD IL 61108  

CHASE BANK USA, NA  
PO BOX 15298  
WILMINGTON DE 19850-5298  

CHASE HOME FINANCE  
3415 VISION DRIVE  
COLUMBUS OH 43219  

ANGELO FATOURS  
C/O GEORGE BELLAS  
15 NORTH NORTHWEST HIGHWAY  
PARK RIDGE IL 60068  

CITI CARDS  
P.O. BOX 6077  
SIOUX FALLS SD 57117-6077  

CHASE HOME FINANCE  
10790 RANCHO BERNARDO ROAD  
SAN DIEGO CA 92127  

AUTO-OWNERS INSURANCE  
P.O. BOX 30315  
LANSING MI 48909  

CITIBANK (SOUTH DAKOTA) NA  
C/O THE CBE GROUP  
131 TOWER PARK, STE 100  
WATERLOO IA 50704-2547  

IDES  
C/O GC SERVICES  
6330 GULFTON  
HOUSTON TX 77081  

BANK OF AMERICA  
P.O. BOX 15026  
WILMINGTON DE 19850-5026  

COMMONWEALTH EDISON  
C/O HARVARD COLLECTION SVC  
4839 N. ELSTON AVE.  
CHICAGO IL 60630-2534  

ILLINOIS DEPT OF REVENUE  
SPRINGFIELD IL 62776-0001  

BLITT & GAINES, PC  
661 W. GLENN AVENUE  
WHEELING IL 60090  

DAKOTA STATE BANK  
REWARDS 660  
PO BOX 89210  
SIOUX FALLS SD 57109-9210  

INTERNAL REVENUE SERVICE  
CINCINNATI OH 45999-0030  

CAPITAL ONE  
C/O NCO FINANCIAL SYSTEMS  
1804 WASHINGTON BLVD  
BALTIMORE MD 21230  

DELUXE BUSINESS CHECKS  
PO BOX 742572  
CINCINNATIR OH 45724-2572  

700 CREDIT  
2233 WEST 190TH STREET  
TORRANCE CA 90504  

CAPITAL ONE F.S.B.  
C/O NCO FINANCIAL SYSTEMS  
PO BOX 15630  
WILMINGTON DE 19850-5630  

ENCORE RECEIVABLE MANAGEM  
P.O. BOX 3330  
OLATHE KS 66063-3330  

A/V DESIGN ASSOC, INC  
220 E. LAKE ST., STE 300  
ADDISON IL 60108  

CENTEGRA HEALTH SYSTEM  
CENTEGRA MEM. MEDICAL CTR  
P.O. BOX 1990  
WOODSTOCK IL 60098  

FFPM CARMEL HOLDINGS LLC  
PO BOX 18060  
HAUPPAUGE NY 11788-8860  

ACB AMERICAN, INC.  
PO BOX 177  
CINCINNATI OH 45201-0177  

CHASE BANK USA  
C/O SARAH A. FAULKNER  
131 S DEARBORN ST, FLOOR 5  
CHICAGO IL 60603  

FIA CARDSERVICES  
C/O CREDITORS INTERCHANGE  
80 HOLTZ DRIVE  
BUFFALO NY 14225

| | | |
|---|---|---|
| FIFTH THIRD BANK<br>450 S RANDALL ROAD<br>ALGONQUIN IL 60102 | I.D.E.S.<br>BENEFIT REPAYMENTS<br>PO BOX 19286<br>SPRINGFIELD IL 62794-9286 | PYLPOWICZ, STEVE AND STACY<br>11320 BALMORAL DRIVE<br>HUNTLEY IL 60142 |
| FIFTH THIRD BANK<br>COLLECTIONS DEPARTMENT<br>MD ROPS05-3110<br>CINCINNATI OH 45263 | ILLIANA FINANCIAL, INC.<br>833 N. CHURCH ROAD<br>ELMHURST IL 60126 | SALLIE MAE<br>P.O. BOX 4100<br>WILKES BARRE PA 18773-4100 |
| GASOLINE CARD CENTER<br>PO BOX 689151<br>DES MOINES IA 50368 | ILLINOIS MOTOR CREDIT<br>2725 N. THATCHER, STE 500<br>RIVER GROVE IL 60171 | SBC<br>P. O. BOX 5072<br>SAGINAW MI 48605-5072 |
| HOME DEPOT CREDIT SERV<br>CITIBANK (SOUTH DAKOTA)<br>PO BOX 689106<br>DES MOINES IA 50368-9106 | KALLANTZES, THEODORE<br>C/O MICHAEL COPPEDGE<br>20 GRANT STREET<br>CRYSTAL LAKE IL 60014 | SKYE ALEXANDER<br>C/O RMCB<br>2269 S. SAW MILL RIVER RD<br>ELMSFORD NY 10523 |
| HOME DEPOT CREDIT SERVICES<br>PO BOX 689100<br>DES MOINES IA 50368-9100 | MANIHIEM AUTO FIN SVCS<br>6205 PEACHTREE DUNWOODY RD<br>ATLANTA GA 30328 | SOFT WATER DITY, INC<br>C/O TRACKERS INC<br>PO BOX 1227<br>BETTENDORF IA 52722 |
| HOUSEHOLD RENAISSANCE<br>C/O UCB, INC.<br>5620 SOUTHWYCK BLVD<br>TOLEDO OH 43614 | NCO FINANCIAL<br>507 PRUDENTIAL ROAD<br>HORSHAM PA 19044 | SPRINT<br>C/O/ RPM LLC<br>PO BOX 768<br>BOTHELL WA 98041-0768 |
| HSBC BANK NEADA<br>C/O REDLINE RECOVERY SERV<br>6201 BONHOMME ST, STE 100S<br>HOUSTON TX 77036 | NEW WORLD MEDIA, LLC<br>6245 HOWARD STREET<br>NILES IL 60714 | TIDEWATER MOTOR CREDIT<br>6520 INDIAN RIVER ROAD<br>VIRGINIA BEACH VA 23464 |
| HSBC BANK NEVADA<br>C/O TDM<br>PO BOX 6700<br>NORCROSS GA 30091-6700 | NORTHERN ILL WINDOWS INC<br>PO BOX 332<br>MCHENRY IL 60051 | UPS<br>PO BOX 650580<br>DALLAS TX 75265-0580 |
| HSBC MASTERCARD<br>PO BOX 80084<br>SALINAS CA 93912 | OFFICE DEPOT-VIKING<br>C/O VENGROFF WILLIAMS<br>PO BOX 4155<br>SARASOTA FL 34230-4155 | VERIZON WEST NORTH (B)<br>C/O KCA FINANCIAL SERVICES<br>PO BOX 53<br>GENEVA IL 60134 |
| HUDSON & KEYSE, LLC<br>ASSIGNEE OF FIFTH THIRD<br>382 BLACKBROOK ROAD<br>PAINESVILLE OH 44077 | PENTAGROUP FINANCIAL, LLC<br>5959 CORPORATE DR,STE 1400<br>HOUSTON TX 77036 | AMERICAN EXPRESS<br>P.O. BOX 360002<br>FT. LAUDERDALE FL 33336-0002 |

ANGELO FATOURS
6328 BRIGHTLEA DRIVE
LANHAM MD 20706

THEODORE KALLANTZES
LAKE-IN-THE-HILLS IL

BLATT, HASENMILLER, ET AL
125 S WACKER DR #400
CHICAGO IL 60606

THEODORE KALLANTZES
LAKE IN THE HILLS IL

CAINE & WEINER
1100 E WOODFIELD ROAD
SUITE 425
SCHAUMBURG IL 60173

VAN RU CREDIT
1350 E. TOUHY AVE.
SUITE 100E
DES PLAINES IL 60018

CBE GROUP, INC
131 TOWER PARK, STE. 100
PO BOX 2547
WATERLOO IA 50704-2547

ENHANCED RECOVERY CORP
8014 BAYBERRY RD
JACKSONVILLE FL 32256-7412

FREEDMAN ANSELMO LINDBERG
1807 W. DIEHL ROAD, SUITE
PO BOX 3288
NAPERVILLE IL 60566-7228

GRC
PO BOX 82508
LAS VEGAS NV 89180-2508

NATIONAL FINANCIAL SYSTEMS
600 W. JOHN ST.
P.O. BOX 9041
HICKSVILLE NY 11801

ROBERT GOLD-SMITH
BURCO, LLC
14864 CRICKETWOOD DRIVE
HOMER GLEN IL 60491

SUNRISE CREDIT SVCS
260 AIRPORT PLAZA
PO BOX 9100
FARMINGDALE NY 11735-9100