# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  EDWARD R. LOWITZKI, SR.  
P.O. BOX 1103  SSN-xxx-xx-4876  
HUNTLEY, IL  60142-1103

Case Number: 07-72835

Case filed on:  11/21/2007  
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $0.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY JEFFREY M KRASNER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | PIERCE & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CODILIS & ASSOCIATES, P.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ANGELO FATOURS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAINE & WEINER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | SUNRISE CREDIT SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | BLATT, HASENMILLER, ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | VAN RU CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | ENHANCED RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | NATIONAL FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | CBE GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 056 | ROBERT GOLD - SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 059 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 066 | GRC | 0.00 | 0.00 | 0.00 | 0.00 |
| 072 | FREEDMAN ANSELMO LINDBERG | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | IDES | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS DEPT OF REVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 077 | EDWARD R. LOWITZKI, SR. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CHASE HOME FINANC ELLC | 26,621.83 | 26,621.83 | 0.00 | 0.00 |
| 003 | CHASE HOME FINANCE | 22,682.84 | 22,682.84 | 0.00 | 0.00 |
| 005 | GMAC | 30,000.00 | 30,000.00 | 0.00 | 0.00 |
|  | Total Secured | 79,304.67 | 79,304.67 | 0.00 | 0.00 |
| 009 | 700 CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | A / V DESIGN ASSOC, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ACB AMERICAN, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ALAN H SHIFRIN & ASSOC | 6,539.93 | 653.99 | 0.00 | 0.00 |
| 013 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ANGELO FATOURS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | AUTO - OWNERS INSURANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | BLITT & GAINES, PC | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | CAPITAL ONE F.S.B. | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CENTEGRA HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CHASE BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | CHASE BANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | CHASE BANK USA, NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | CITI CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | CITIBANK (SOUTH DAKOTA) NA | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | DAKOTA STATE BANK/REWARDS 660 | 400.11 | 40.01 | 0.00 | 0.00 |
| 037 | DELUXE BUSINESS CHECKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ENCORE RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | FFPM CARMEL HOLDINGS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | FIA CARDSERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | FIFTH THIRD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | GASOLINE CARD CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | HOME DEPOT CREDIT SERV | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---:|---:|---:|---:|
| 047 | ROUNDUP FUNDING LLC | 1,816.78 | 181.68 | 0.00 | 0.00 |
| 048 | HSBC BANK NEVADA | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | HSBC BANK NEVADA | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | HSBC MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | HUDSON & KEYSE LLC | 11,950.57 | 1,195.06 | 0.00 | 0.00 |
| 052 | IL DEPT OF EMPLOYMENT SECURITY | 2,569.00 | 256.90 | 0.00 | 0.00 |
| 053 | ILLIANA FINANCIAL, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 054 | ILLINOIS MOTOR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 055 | KALLANTZES, THEODORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 057 | MANHIEM AUTO FIN SVCS | 0.00 | 0.00 | 0.00 | 0.00 |
| 058 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 060 | NEW WORLD MEDIA, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 061 | NORTHERN ILL WINDOWS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 062 | OFFICE DEPOT - VIKING | 0.00 | 0.00 | 0.00 | 0.00 |
| 063 | PENTAGROUP FINANCIAL, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 064 | ROBERT C THURSTON | 0.00 | 0.00 | 0.00 | 0.00 |
| 065 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 067 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 068 | SKYE ALEXANDER | 0.00 | 0.00 | 0.00 | 0.00 |
| 069 | SOFT WATER DITY, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 070 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 071 | TIDEWATER MOTOR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 073 | UPS | 0.00 | 0.00 | 0.00 | 0.00 |
| 074 | VERIZON WEST NORTH (B) | 0.00 | 0.00 | 0.00 | 0.00 |
| 075 | ANGELA LOWITZKE | 0.00 | 0.00 | 0.00 | 0.00 |
| 076 | THEODORE KALLANTZES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Unsecured | 23,276.39 | 2,327.64 | 0.00 | 0.00 |
| | Grand Total: | 102,581.06 | 81,632.31 | 0.00 | 0.00 |

Total Paid Claimant:    $0.00
Trustee Allowance:    $0.00
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 01/29/2008            By  /s/Heather M. Fagan